1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARMANDO HERRERA,

11             Plaintiff,                    No. CIV S-09-0125 KJM P

12        vs.

13   SUE HUBBARD, et al.,

14             Defendants.              <u>ORDER</u>

15   _____/

16             Plaintiff has requested that this case be dismissed.  Pursuant to Federal Rule of

17   Civil Procedure 41(a), plaintiff's request will be honored.

18             Accordingly, IT IS HEREBY ORDERED that:

19             1.  This action is dismissed.

20             2.  The Court's April 21, 2009 "Order For Payment Of Inmate Filing Fee" is

21   vacated.

22             3.  The Clerk of the Court is directed to serve a copy of this order on Director,

23   California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California

24   95814.

25   /////

26   /////

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: May 29, 2009.

_____

U.S. MAGISTRATE JUDGE

1

herr0125.41