IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO HERRERA,

      Plaintiff,                   No. CIV S-09-0125 KJM P

  vs.

SUE HUBBARD, et al.,

      Defendants.          <u>ORDER</u>

                           /

         On November 20, 2009, plaintiff filed a document in which he asks permission to file an amended complaint. This civil rights action was closed on May 29, 2009. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff is free to initiate a new action if he chooses.

DATED: December 3, 2009.

                                                    U.S. MAGISTRATE JUDGE

1
herr0125.58